UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTIN E. GILLEN,

                Plaintiff,

v.

STATE OF NEVADA,

                Defendant.

Case No. 2:25-cv-00012-GMN-MDC

ORDER

      Plaintiff Martin E. Gillen has filed a motion requesting that this case be dismissed without prejudice because he is pursuing non-litigation dispute resolution. (ECF No. 9.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, the Court grants Plaintiff's motion for voluntary dismissal and dismisses this action without prejudice.

      It is therefore Ordered that Plaintiff's motion to voluntarily dismiss this action without prejudice (ECF No. 9) is granted.

      It is further Ordered that this action is dismissed in its entirety without prejudice.

      The Clerk of the Court is kindly requested to enter judgment accordingly.

      It is further Ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

      It is further Ordered that Plaintiff's motion for a status check (ECF No. 7) is denied as moot.

DATED THIS <u>10</u> day of September 2025.

_____
Gloria M. Navarro, Judge
United States District Court